AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JENNIFER JANEQUA SWAY,

*Plaintiff*

v.

SPOKANE PARATRANSIT, et al.,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 15, 2017**

SEAN F. McAVOY, CLERK

Civil Action No. 2:16-CV-310-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 20) is GRANTED. Plaintiff's claims pursuant to 42 U.S.C. § 12143 of the ADA agaisnt Defendants E. Susan Meyer (CEO), Susan Millbank, Allison Mitchel, Lance Durbin, and Denise Marchioro are DISMISSED WITH PREJUDICE. Plaintiff's claims pursuant to 42 U.S.C. §1983 are DISMISSED WITH PREJUDICE. Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a Motion to Dismiss for Failure to State a Claim (ECF No. 20).

Date: December 15, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb