# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JENNIFER JANEQUA SWAY,

*Plaintiff*

v.

SPOKANE TRANSIT AUTHORITY,

*Defendant*

Civil Action No.  2:16-CV-310-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 11, 2018**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant's Motion for Summary Judgment (ECF No. 38) is GRANTED.  Plaitiff's final remaining claim, under Title II of the ADA, 42 U.S.C. § 12132, is dismissed with prejudice.  Judgment is entered in favor Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a Motion for Sujmmary Judgment (ECF No. 38).

Date:  October 11, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb