# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JENNIFER JANEQUA SWAY,

*Plaintiff*

v.

SPOKANE TRANSIT AUTHORITY,

*Defendant*

Civil Action No. 2:16-CV-310-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2018

SEAN F. McAVOY, CLERK

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's Motion for Summary Judgment (ECF No. 38) is GRANTED. Plaintiff's final remaining claim, under Title II of the ADA, 42 U.S.C. § 12132, is dismissed with prejudice. Judgment is entered in favor Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a Motion for Summary Judgment (ECF No. 38).

Date: October 16, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb